UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES W. GALLIGAN,<br>Plaintiff,<br>v.<br>ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP<br>Defendant. | CA 06 290 T<br>C.A. No. ________________ |

## NOTICE OF REMOVAL

Defendant, ARAMARK Management Services Limited Partnership, hereby invokes this Court's jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a), and removes a civil action brought in the Rhode Island Superior Court, Washington County, to the United States District Court for the District of Rhode Island. As grounds therefore, defendant states as follows:

1. Plaintiff, James W. Galligan, filed a Complaint in the above-captioned matter in the Rhode Island Superior Court, Washington County, on or about April 13, 2006. A copy of the Complaint is attached hereto as Exhibit A.

2. Plaintiff served a copy of said Complaint on defendant on or about June 2, 2006.

3. Plaintiff is believed to be a resident and citizen of the State of Rhode Island and Providence Plantations.

4. Defendant, ARAMARK Management Services Limited Partnership, is a Delaware limited partnership and maintains its principal place of business in Philadelphia, Pennsylvania.

5. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and removal to this Court is proper under 28 U.S.C. § 1441(a), insofar as this controversy is between citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

6. This Notice of Removal is filed within the time period prescribed by 28 U.S.C. § 1446(b).

7. On this date, defendant filed a Notice of Filing of Notice of Removal in the Rhode Island Superior Court, Washington County. A copy of this notice is attached as Exhibit B.

ARAMARK MANAGEMENT SERVICES
LIMITED PARTNERSHIP

By its Attorneys,

Michael F. Kraemer (#6751)
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

DATED: June 22, 2006

CERTIFICATION

Nathaniel J. Nazareth, Jr., Esq.
Law Office of Nathaniel J. Nazareth, Jr., PC
38 South County Commons Way, Unit C-8
P.O. Box 788
Wakefield, RI 02888-0788

I hereby certify that I mailed a true and accurate copy of the within Notice of Removal to counsel of record, as set forth above, on June 22, 2006.

#727384v1