STATE OF RHODE ISLAND
WASHINGTON, SC.

SUPERIOR COURT

JAMES W. GALLIGAN,

v.

C.A. No. WC 06-237

ARAMARK MANAGEMENT SERVICES
LIMITED PARTNERSHIP

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Please take notice that defendant, ARAMARK Management Services Limited Partnership, has filed a Notice of Removal in the Office of the Clerk of the United States District Court for the District of Rhode Island. A copy of the Notice of Removal is attached as Exhibit A.

ARAMARK MANAGEMENT SERVICES
LIMITED PARTNERSHIP

By its Attorneys,

Michael F. Kraemer (#6751)
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

DATED: June 22, 2006

## CERTIFICATION

Nathaniel J. Nazareth, Jr., Esq.
Law Office of Nathaniel J. Nazareth, Jr., PC
38 South County Commons Way, Unit C-8
P.O. Box 788
Wakefield, RI 02888-0788

I hereby certify that I mailed a true and accurate copy of the within Notice of Removal to counsel of record, as set forth above, on June 22, 2006.

#727390v1