**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMES W. GALLIGAN,

Plaintiff,

v.

ARAMARK MANAGEMENT SERVICES LIMITED

Defendant.

C.A. No. 06-290T

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Defendant, ARAMARK Management Services Limited Partnership, hereby moves that William J. Delany be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes:

  labor and employment law.

- Pro Hac Vice counsel is the defendant's regular labor counsel and represents defendant in other employment discrimination matters.

ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP

By its Attorneys,

Michael F. Kraemer (#6751)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Phone: 401-274-2000
Fax: 401-277-9600

Dated: June 29, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member in good standing of the bars of Pennsylvania and New Jersey and the federal district court bars of the United States District Courts for the District of New Jersey and Eastern Pennsylvania without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court, as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case, I have associated with local associate counsel identified below and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| William J. Delany, Esq. | Michael F. Kraemer, Esq. (#6751) |
| Morgan, Lewis & Bockius LLP | Hinckley, Allen & Snyder LLP |
| Firm Name | Firm Name |
| 1701 Market Street | 50 Kennedy Plaza, Suite 1500 |
| Philadelphia, Pennsylvania 19103 | Providence, Rhode Island 02903 |
| Business Address | Business Address |
| (215) 963-5066 | (401) 457-5196 |
| Telephone Number | Telephone Number |
| (215) 963-5001 | (401) 457-5197 |
| Fax Number | Fax Number |

**ORDER:** This motion is hereby ______________________________.

______________________________
U.S. District Judge

Date:______________________________

# CERTIFICATION

Nathaniel J. Nazareth, Jr., Esq.
Law Office of Nathaniel J. Nazareth, Jr., PC
38 South County Commons Way, Unit C-8
P.O. Box 788
Wakefield, RI 02888-0788

I hereby certify that I mailed a true and accurate copy of the within Notice of Removal to counsel of record, as set forth above, on June 29, 2006.

#727397v1