Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Magistrate Judge

RE: CA 06-290T

Galligan v. Aramark

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 6 / 29 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

_____ 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

✓ 8. Motion to Appear Pro Hac Vice not in the proper form and/or ~~does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners.~~ (DRI LR Gen 204(d)).

_____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_____ 10. Other_____

ENTER:

[signature]

United States Magistrate Judge
cc: Counsel of Record

Date: 7/26/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 29 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES W. GALLIGAN,

Plaintiff,

v.

ARAMARK MANAGEMENT SERVICES LIMITED

Defendant.

C.A. No. 06-290T

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Defendant, ARAMARK Management Services Limited Partnership, hereby moves that William J. Delany be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes:

  labor and employment law.

- Pro Hac Vice counsel is the defendant's regular labor counsel and represents defendant in other employment discrimination matters.

ARAMARK MANAGEMENT SERVICES
LIMITED PARTNERSHIP

By its Attorneys,

Michael F. Kraemer (#6751)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Phone: 401-274-2000
Fax: 401-277-9600

Dated: June 29, 2006