UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES W. GALLIGAN

Plaintiff(s)

v. Dkt. No. 06-290T

ARAMARK MANAGEMENT SERVICES LIMITED

Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Defendant **ARAMARK MANAGEMENT SERVICES LIMITED** hereby moves that **William J. Delany** be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

**ARAMARK MANAGEMENT SERVICES LIMITED**

(Defendant)

By: **Michael F. Kraemer**

Bar ID No.: **6751**

Address: **Hinckley, Allen & Snyder LLP**
**50 Kennedy Plaza, Suite 1500**
**Providence, RI 02903**

DATED: **August 1, 2006**

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of **Pennsylvania and New Jersey** and of the following Federal District Court and/or Court of Appeals Bar(s) **E.D. Pa. and Third Cir.**, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the ease.

Signature of *Pro Hac Vice* Applicant

**William J. Delany**
Print Name State Bar ID #

**Morgan, Lewis & Bockius LLP**
Firm Name

**1701 Market Street**
Business Address

**Philadelphia, PA 19103**

**215-963-5066** **215-963-5001**
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

**Michael F. Kraemer** **#6751**
Print Name R.I. Bar ID #

**Hinckley, Allen & Snyder LLP**
Firm and Business Address

**50 Kennedy Plaza, Suite 1500**
**Providence, RI 02903**

Tel. # **401-274-2000** Fax# **401-277-9600**

---

**ORDER**

This motion is hereby ______________________

______________________
District Judge

Date:

739581V1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES W. GALLIGAN,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED,<br><br>Defendant. | C.A. No. 06-290T |

**CERTIFICATION OF SERVICE**

I hereby certify that I mailed a copy of the attached Motion for Admission Pro Hac Vice to counsel of record, as below, on the 18th day of August, 2006.

Nathaniel J. Nazareth, Jr., Esquire
Law Office of Nathaniel J. Nazareth, Jr., P.C.
36 South County Commons Way, Unit C-8
P.O. Box 788
Wakefield, RI 02880-0788

Michael F. Kraemer (#6751)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02906
401-457-5196
401-457-5197 (fax)

OF COUNSEL:

William J. Delany
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19101
215-963-5066