UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES W. GALLIGAN,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED,<br><br>Defendant. | C.A. No. 06-290T |

**ENTRY OF APPEARANCE**

Please enter my appearance on behalf of Defendant ARAMARK Management Services Limited Partnership in connection with the above-captioned matter.

Dated: December 19, 2006

/s/ Anne E. Martinez

Anne E. Martinez (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19101
215-963-5718

#769337v1 (59494/128950)

# CERTIFICATE OF SERVICE

I, Michael F. Kraemer, hereby certify that on this 26th day of December 2006, a true and correct copy of the foregoing Entry of Appearance was served by first class mail, postage prepaid, on the following:

Nathaniel J. Nazareth, Jr., Esquire
Law Office of Nathaniel J. Nazareth, Jr., P.C.
36 South County Commons Way, Unit C-8
P.O. Box 788
Wakefield, RI 02880-0788

/s/ Michael F. Kraemer
Michael F. Kraemer