**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JAMES W. GALLIGAN,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED,<br><br>Defendant. | CIVIL ACTION NO.: 06 290T |

## JOINT MOTION TO EXTEND DISCOVERY AND TO RESET THE OTHER DEADLINES IN THE COURT'S SCHEDULING ORDER

Plaintiff James Galligan ("Plaintiff") and Defendant ARAMARK Management Services Limited Partnership ("Defendant"), by their respective counsel, hereby jointly request that the Court to extend discovery by sixty days, until May 31, 2007, with a corresponding extension of the remaining deadlines. In support of this motion, the parties aver as follows:

1. On December 18, 2006, this Court issued a Scheduling Order establishing, inter alia, a discovery closure date of March 31, 2007. No prior extensions of the discovery period have been requested or granted.

2. During the discovery period, the parties exchanged written discovery requests and responses.

3. In late December, 2006, Defendant learned about the existence of certain of Plaintiff's medical providers and of his receipt of Social Security income after his separation of employment. Since that time, Plaintiff has executed the necessary releases for his medical records and Defendant has been diligently trying to obtain the records of these medical providers and the Social Security Administration.

4. Defendant has been diligent in pursuing discovery has attempted to obtain the records in an effective and productive manner. To date, despite repeated communications with Plaintiff's medical providers and the Social Security Administration, two of Plaintiff's medical providers and the Social Security Administration have not yet responded to Defendant's requests, which were supported by authorizations signed by Plaintiff.

5. Defendant's counsel noticed Plaintiff's deposition for March 6, 2007, in the hopes that Defendant would have obtained the subpoenaed records by that time. However, without these records, Defendant is unable to meaningfully question Plaintiff at his deposition. Accordingly, the parties agreed to delay the deposition and file the instant Joint Motion.

6. The parties agree that sixty days is a reasonable amount of time to extend discovery, particularly given the difficulty Defendant has experienced to date in obtaining compliance with its subpoenas.

7. The parties agree that a corresponding sixty day extension of the dispositive motion deadline will allow the parties to present all of their arguments on dispositive motions by the deadline for doing so and will give the Court a meaningful opportunity to consider the same prior to any trial date.

8. Neither party will be unduly prejudiced by a sixty day extension of all deadlines in this case.

WHEREFORE, Plaintiff James Galligan and Defendant ARAMARK Management Services Limited Partnership, by their respective counsel, respectfully request that the Court grant a sixty day extension of the discovery period, from March 31, 2007 to May 31, 2007, with a corresponding sixty day extension of the remaining deadlines set forth in the Court's Scheduling Order dated December 18, 2006.

Respectfully submitted,

JAMES W. GALLIGAN

By his Attorney,

/s/ Nathaniel J. Nazareth, Jr.

Nathaniel J. Nazareth, Jr. (#3241)
LAW OFFICE OF NATHANIEL J. NAZARETH, JR., P.C.
36 South County Commons Way, Unit C-6
P.O. Box 788
Wakefield, RI 02880
401-792-2270
401-792-2279 (fax)

ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP

By its Attorneys,

/s/ Michael F. Kraemer

Michael F. Kraemer (#6751)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02906
401-457-5196
401-457-5197 (fax)

OF COUNSEL:

William J. Delany (*admitted pro hac vice*)
Anne E. Martinez (*admitted pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
215-963-5066/5718
215-963-5001 (fax)

Dated: March 7, 2007

#787855v1 (59494/128950)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JAMES W. GALLIGAN,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED,<br><br>Defendant. | CIVIL ACTION NO.: 06 290T |

**ORDER**

AND NOW, this __________ day of ___________ 2007, upon consideration of the Joint Motion to Extend Discovery and to Reset the Other Deadlines in the Court's Scheduling Order, it is hereby ORDERED that the Motion is GRANTED. Discovery in this matter shall be extended by sixty days, until May 31, 2007, with a corresponding extension of the remaining deadlines set forth in the Court's December 18, 2006 Scheduling Order. A revised Scheduling Order shall be issued.

BY THE COURT:

___________________________________
Torres, J.

#787855v1 (59494/128950)