**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JAMES W. GALLIGAN,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED,<br><br>Defendant. | CIVIL ACTION NO.: 06 290T |

**JOINT MOTION TO EXTEND THE DEADLINE FOR DISPOSITIVE MOTIONS AND TO RESET THE OTHER DEADLINES IN THE COURT'S SCHEDULING ORDER**

Plaintiff James Galligan ("Plaintiff") and Defendant ARAMARK Management Services Limited Partnership ("Defendant"), by their respective counsel, hereby jointly request that the Court to extend the deadline for dispositive motions by sixty days, until August 20, 2007, with a corresponding extension of the remaining deadlines. In support of this motion, the parties aver as follows:

1. On December 18, 2006, this Court issued a Scheduling Order establishing, inter alia, a discovery closure date of March 31, 2007 and providing that a motion for summary judgment may not be made more than 20 days after the discovery closure date.

2. On March 15, 2007, this Court granted the parties' Joint Motion for Extension of Time to Complete Discovery thereby extending the discovery period by sixty days, until May 31, 2007, with a corresponding extension of the remaining deadlines set forth in the Court's December 18, 2006 Scheduling Order. Accordingly, the parties' dispositive motions are currently due on or before June 20, 2007.

3. As the discovery period came to a close, the parties have begun discussing the

possibility of settling the matter. The parties believe that there is a possibility that the matter may be resolved, and the parties would prefer to explore that possibility before incurring additional fees and costs in connection with filing dispositive motions. Given the status of the case, and the amount in dispute, in the event that the parties do incur such fees and costs, and do file such motions, settlement would become unlikely.

4. The parties agree that the additional sixty days requested represents the amount of time the parties believe to be necessary to explore settlement fully, given the availability of both counsel and their clients.

5. Neither party will be unduly prejudiced by a sixty day extension of all deadlines in this case.

WHEREFORE, Plaintiff James Galligan and Defendant ARAMARK Management Services Limited Partnership, by their respective counsel, respectfully request that the Court grant a sixty day extension of the dispositive motion deadline, from June 20, 2007 to August 20, 2007, with a corresponding sixty day extension of the remaining deadlines set forth in the Court's Scheduling Order dated December 18, 2006 as revised by the Court's March 15, 2007 Order.

Respectfully submitted,

JAMES GALLIGAN

By His Attorney,

/s/ Nathaniel J. Nazareth, Jr.
Nathaniel J. Nazareth, Jr. (#3241)
LAW OFFICE OF NATHANIEL J. NAZARETH, JR., P.C.
36 South County Commons Way, Unit C-6
P.O. Box 788
Wakefield, RI 02880
401-792-2270
401-792-2279 (fax)
Email: njnjlaw@aol.com

ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP

By Its Attorneys,

/s/ Michael F. Kraemer
Michael F. Kraemer (#6751)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02906
401-457-5196
401-457-5197 (fax)
Email: mkraemer@haslaw.com

OF COUNSEL:

William J. Delany (*admitted pro hac vice*)
Anne E. Martinez (*admitted pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
215-963-5066/5718
215-963-5001 (fax)
Email: wdelany@morganlewis.com
aemartinez@morganlewis.com

Dated: June 12, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JAMES W. GALLIGAN,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED,<br><br>Defendant. | CIVIL ACTION NO.: 06 290T |

**ORDER**

AND NOW, this __________ day of ___________ 2007, upon consideration of the Joint Motion to Extend the Deadline for Dispositive Motions and to Reset the Other Deadlines in the Court's Scheduling Order, it is hereby ORDERED that the Motion is GRANTED. The dispositive motion deadline in this matter shall be extended by sixty days, until August 20, 2007, with a corresponding extension of the remaining deadlines set forth in the Court's December 18, 2006 Scheduling Order as revised by the Court's March 15, 2007 Order. A revised Scheduling Order shall be issued.

BY THE COURT:

_________________________________
Torres, J.