# Exhibit A

Response to letter to PLAN ADMIN in Feb 04

Sept 2001 from [illegible]

Make your mark




DEFENDANT'S EXHIBIT NO. 9 FOR IDENTIFICATION
DATE: 5/31/07 RPTR: JMS

ARAMARK

P000076

## SUMMARY OF COVERAGE

Below is a summary of the timing and payment process of the Managed Disability Plan.

| | Period of Time | Amount of Benefit from Disability Plan | Method of Payment |
|---|---|---|---|
| **Waiting Period for Calling In** | Day 5 of absence (call Aetna to provide initial notice of a possible disability) | N/A | N/A |
| **Waiting Period for STD Benefits** | Day 1 – Day 10 (work days) 7/22 | PTO and/or Vacation Days (if earned ) | ARAMARK Payroll if PTO or Vacation day. If no days available, unpaid days. |
| **Short Term Disability (STD)** (Benefits Begin) 7/21 - DAY 10 Day 11 = 7/22/03 | Day 11 through 180 calendar days of certified disability | 100% of Pay (minimum benefit of $50; no maximum benefit) | ARAMARK Payroll; Once your manager receives an approval from Aetna, he/she processes benefits through payroll system |
| **Long Term Disability (LTD)** | After 180 days of certified disability, if enrolled | 66-2/3% of Pay* (minimum benefit of $50; maximum benefit of $7,500 a month) | Payroll benefit stops; Aetna mails benefit checks to your home. |

STD Day 11 July 21

* See Offsets on page 7.

July 21 ... Date ... Roseanna ... Jungel & Roger ...

DAY 10 7/21 10 DAY

***Questions?***

**Aetna**
**1-800-700-9954**

**8 a.m. – 5 p.m. (Eastern Time)**
**Monday through Friday**

7/22 - 10 - July - 31 — 10 DAY
Aug — 31
Sept — 30
Oct — 31
Nov — 30
Dec — 31 - 173

JAN 7 = DAY 180

JAN 8 = 1st DAY LTD w/o ... TANISIAN

DEC 24 = DA ...

DA P00079

# Exhibit B

# FACILITY SERVICES

## Employee Handbook

FOR NON-EXEMPT EMPLOYEES

<Insert >
<Component Name and
Location>

DEFENDANT'S
EXHIBIT NO. 22
FOR IDENTIFICATION
5/31/07
DATE RPTR

ARAMARK

## DEDUCTIONS FROM YOUR PAY

ARAMARK is obligated by law to withhold Federal, State, and Social Security (F.I.C.A.). Other payroll deductions, as authorized by each employee, may be for Life Insurance, Group Medical Insurance, United Way, U.S. Savings Bonds, etc.

## EMPLOYMENT OF RELATIVES

ARAMARK permits the employment of qualified relatives of employees as long as such employment does not, in the opinion of ARAMARK, create actual or perceived conflicts of interest. For purposes of this procedure, relative is defined as a spouse, child, parent, sibling, grandparent, grandchild, aunt, uncle, first cousin, or corresponding in-law or "step" relation. ARAMARK will exercise sound business judgment in the placement of related employees in accordance with the following guidelines:

- No employee is permitted to work in the "chain of command" if a relative so that one relative's work responsibilities, salary, or career progress could be influenced by the other relative.
- No relatives are permitted to work in the same department or in any other positions in which ARAMARK believes an inherent conflict of interest may exist.

## SOLICITATION AND DISTRIBUTION OF LITERATURE

In order to avoid interference with work, ARAMARK has adopted the following procedure with respect to the solicitation and distribution of the literature.

There shall be no solicitation or distribution of written material of any kind by employees, except when both the person doing the soliciting or distribution and the person reviewing the soliciting and distribution are on break or at lunch, and when both individuals are consenting.

# BENEFITS

## INSURANCE PROGRAMS

ARAMARK employees working 30 or more hours per week and 30 or more weeks per year are eligible to enroll in a variety of insurance benefits that are designed to provide protection for you and your family. Insurance coverage begins the first day of the month following 30 days of continuous active employment.

Upon enrollment you will receive insurance booklets and certificates of coverage, which provide additional details regarding the plan you select. Both the employee and ARAMARK share in the cost of the premiums. See your Component Manager for more detailed information.

Each employee should read the official plan documents for all relevant terms, conditions, rights and benefits. The official plan documents are solely determinative of your rights and responsibilities, and nothing ARAMARK or any ARAMARK employee says or does can alter those terms, conditions, rights or benefits.

## COBRA

Government laws permit an eligible employee to elect to continue medical and dental insurance coverage upon separation from the company, unless s/he has been terminated for gross misconduct. Similarly, these same laws allow an eligible employee's spouse or dependents to elect to continue insurance coverage in the event of death, divorce, separation, or other similar change of status. In such cases, the individual electing coverage must pay the full premium cost for insurance plus 2%. Employees are reminded to notify their Component Manager of any changes in status affecting one's spouse or dependents so that the Company may notify these persons of available insurance plans.

## BRIDGING OF SERVICE

ARAMARK recognizes bridging of service as one factor in calculating length of service when determining certain rights, benefits and privileges of employment for a full-time employee who has been reinstated. However, the Plan documents are the exclusive and controlling source of interpretation.

Length of service is the accumulated time worked plus certain qualifying non-working time, as specified below:

- Approved vacation, holiday and sick time;
- An approved leave of absence, provided the employee returns to work on or before expiration of the approved leave, in accordance with the terms and conditions of the applicable leave of absence policy;
- Other non-working time recognized and approved by the Company such as jury duty, bereavement time, etc.

The accumulation of service ends at the time of termination.

The employee may immediately re-enroll in all insurance plans (i.e. medical and dental) according to plan provisions, and may also be reinstated into the retirement plan if s/he participated prior to termination, subject to the plan provisions.

## COMPANY SERVICE RECOGNITION

ARAMARK's *Service Award Program* is designed to recognize the continuous service of our employees. ARAMARK realizes the value your continuous service brings to the organization and wishes to honor our most dedicated employees.

"Company Service" shall begin on the date of hire and include the period of time when an employee is on an authorized FMLA leave or on vacation.

# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES W. GALLIGAN,<br>Plaintiff,<br>v.<br>ARAMARK MANAGEMENT SERVICES LIMITED,<br>Defendant. | C.A. No. 06-290T |

I, Patricia A. Leinheiser, depose and state as follows:

1. I have been employed by ARAMARK Corporation or a predecessor since approximately April, 2004. Since April, 2004, I have held the position of Benefits Consultant.

2. I submit this Affidavit in support of Defendant's Motion for Summary Judgment in the above-captioned matter.

3. Plaintiff James Galligan was enrolled in the United HealthCare HealthSelect 2003 Point of Service Plan.

4. I recognize Exhibit D in the Appendix as true and correct copies of pages from the Summary Plan Description for the United HealthCare HealthSelect 2003 Point of Service Plan.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing information is true and correct, based upon my knowledge, information and belief.

DATED: November 5, 2007

PATRICIA A. LEINHEISER

# Exhibit D

## THE FAMILY MEDICAL LEAVE ACT (FMLA)

Under the Family and Medical Leave Act of 1993 (FMLA), you may apply for up to a total of 12 weeks of unpaid, job-protected leave during any 12-month period for certain family and medical reasons. Reasons for taking leave could include care after the birth, adoption or foster care of a child; care of your spouse, child, or parent (but not a parent-in-law) who has a serious health condition; or a serious health condition of your own that makes you unable to work.

If Human Resources approves your request for FMLA leave, your coverage will be affected as follows.

### During FMLA Leave

During an approved FMLA leave, you may continue participation in this Plan for you and your dependents on the same terms as if you had continued to work. Therefore, you must pay the same contributions toward the cost of the coverage that you made while working. Arrangements for making these contributions can be coordinated by calling the Payment & Benefit Services Contact Center.

If you fail to make the arranged required payments on a timely basis, and a payment is 30 or more days late, ARAMARK may end your coverage. ARAMARK will give you at least 15 days notice before cancellation of your coverage.

### Re-Enrollment After FMLA Leave

If coverage was not continued during the leave, your coverage can be restored to your previous level and type of coverage once you return from your FMLA leave. (The coverages to be reinstated are the same benefits in effect prior to the FMLA leave.)

**To reinstate coverage**, contact Payroll & Benefits Service Contact Center. You will not have to provide proof of good health and the enrollment-waiting period will not apply **provided** you re-enroll within 31days from the date you return to work. If you re-enroll after 31 days from the date you return to work, you and any dependents will be considered as having waived coverage, and will need to wait until the next annual enrollment period or Life Status Change event, whichever occurs first.

You are also entitled to participate in any new or increased health benefit added to the Plan while you were on an FMLA leave. You will, however, have to follow the same enrollment process required of active employees.

For more information, contact your Human Resources representative or the Payment & Benefit Services Contact Center for details about continuing group coverage during the leave.

## CONTINUATION OF GROUP COVERAGE (COBRA)

Under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), you may continue your group coverage (the Plans described in this document or a Health Maintenance Organization, if applicable) if you would lose coverage due to a "qualifying event," as defined below.

**The "qualifying events" and the maximum length of continued coverage are:**

- **For you and your covered dependents:**
  - your termination of employment from ARAMARK (for reasons other than gross misconduct) 18 months
  - a reduction in your working hours which causes you to be ineligible for coverage under the Plan - 18 months
- **For your covered dependents:**
  - your death - 36 months
  - your legal separation or divorce from a covered employee - 36 months
  - your decision to end coverage under the Plan when you become entitled to Medicare, provided your dependents are not entitled to Medicare - 36 months
  - your dependent child no longer qualifies as a "dependent" under the Plan - 36 months

You and your dependents who are covered under the Plan at the time one of these "qualifying events" occurs may continue coverage for 18 months or 36 months (as indicated) from the date of the "qualifying event."

### Disability Extension

If a qualified individual is disabled (as determined under the Social Security Act) at the time of the qualifying event, continuation of coverage for the qualifying individual may be extended to 29 months provided notification to ARAMARK Benefit Services is made before the end of the 18-month continuation coverage period, and within 60 days after notification of disability is received by you from the Social Security Administration.

# Exhibit E

ARAMARK ServiceMaster Facility Services

ARAMARK ServiceMaster.
Facility Services

CERTIFIED MAIL

December 12, 2003

Mr. James Galligan
60 Peaked Rock Road
Wakefield, RI 02879

Dear Mr. James Galligan,

On December 24, 2003, you will reach the maximum limit for Short Term Disability Benefits. This is the maximum date that disability benefits will be paid by ARAMARK Facility Services. Your long-term disability benefits will be paid by Aetna. If you have questions about your Long Term Disability you may call Aetna at 1-800-700-9954.

Effective December 24, 2003, you will no longer be an active employee of ARAMARK Facility Services Facility Services. At such time that you are able to return to work, if you chose to do so, you may contact ARAMARK Facility Services to be considered for possible rehire.

Your health care benefits as an active employee terminate on December 31, 2003. At this time you have the option to continue your health care benefits through COBRA. You will receive an application package from our COBRA administrator, ADP Cobra Services. It is your responsibility to complete the application and pay applicable premiums in order for benefits to be continued.

You have the option to convert your basic life insurance policy to an individual policy or you can use the portability option. You will find the conversion and portability applications enclosed. Any questions you may about the conversion or portability please direct to the number on the forms. Application must be submitted within 32 days after the coverage ends.

You may be eligible for continuation of your supplemental life insurance by completing the Proof of Loss Total and Permanent Disability/Waiver of Premium form. This form needs to be completed and return to me for processing as soon as possible.

Sincerely,

Becky Loughry

Becky Loughry
Benefits Specialist

Enclosures

DEFENDANT'S
EXHIBIT NO. 3
FOR IDENTIFICATION
DATE: 5/31/07 RPTR: JMS

2300 Warrenville Road
Downers Grove, IL 60515
630 271 2000 Fax 630 271 5875

DOOO11

# Exhibit F

(Page 1 of 1)

Aug 18 04 11:25a Cutting Edge 401 789 6268 p.1
-17-04 03:25am From-gordon +7817441654 T-125 P.002/002 F-012

# Lahey CLINIC

8-16-04
To
Susan Duffy
Case Mgr.
AETNA
Fax - 877 444-9788
FYI
JIM GALLIGAN

Hepatobiliary Surgery and Liver Transplantation
41 Mall Road
Burlington, MA 01805
Tel. 781-744-[illegible]
FAX 781-744-[illegible]
www.lahey.org/[illegible]transplant

Roger L. Jenkins, M.D., F.A.C.S.
Chief of Surgery
Professor of Surgery
Tufts University School of Medicine

W. David Lewis, M.D., F.A.C.S.
Director of Liver Transplantation
Co-Director, Institute of Transplantation
Associate Professor of Surgery
Tufts University School of Medicine

Elizabeth Pomfret, M.D., Ph.D., F.A.C.S.
Director, Living Donor Liver Transplantation
Assistant Professor of Surgery
Tufts University School of Medicine

James Pomposelli, M.D., Ph.D., F.A.C.S.
Senior Staff Surgeon
Assistant Professor of Surgery
Tufts University School of Medicine

Fredric D. Gordon, M.D.
Medical Director of Liver Transplantation
Director of Hepatology
Assistant Professor of Medicine
Tufts University School of Medicine

Eric D. Goldberg, M.D.
Senior Staff Hepatologist
Assistant Professor of Medicine
Tufts University School of Medicine

Stephen D. [illegible], M.D.
Senior Staff Hepatologist
Assistant Professor of Medicine
Tufts University School of Medicine

Nurse Practitioner
[illegible] Davis, MS, RN, CS

Transplant Nurse Coordinators
[illegible], [illegible], RN
Joanne Pratt, RN, BSN, CDE
Kathryn [illegible], RN, BSN

Social Worker
[illegible], MSW, LICSW

Financial Coordinator
Patricia Hogan

Director, Clinical Research - Transplant
Maryann Simpson, Ph.D.

August 13, 2004

Re: James Galligan
LC#: 231 33 14

To Whom It May Concern:

Mr. James Galligan had an orthotopic liver transplant recently and is being followed on a regular basis with laboratory studies and physician appointments here at Lahey Clinic. I have assured Mr. Galligan that he may return to work on a full time basis on September 1, 2004 with no restrictions.

If you have any questions or concerns regarding this decision, please feel free to call me.

Sincerely,

[signature]

James J. Pomposelli, M.D.,Ph.D.
Senior Staff Surgeon
JJP/jd

DEFENDANT'S
EXHIBIT NO. 11
FOR IDENTIFICATION
5/31/07 JMS
DATE RPTR.

Respect • Caring • Teamwork • Excellence • Commitment to Personal Best
41 Mall Road, Burlington, MA 01805

D00076

# Exhibit G

Fax
7/4 I
Jim G.

**From:** James Galligan
**To:** Ridge, James
**Date:** 5/8/2006 8:55:04 AM
**Subject** RE: summer rentals

Jim

Fishing is a good job- you know that- just doesn't give you a income

Filed a lawsuit against Aramark in State Superior Court last month- Aramark has been served

Regards,
Jim

----- Orignal Message -----
**From:** Ridge, James
**To:** galligan-james@earthlink.net
**Sent:** 5/7/2006 8:31:51 PM
**Subject:**RE: summer rentals

Jim,

I hope all is going well for you and Lydia. A couple of things opened up recently, one is right in your back yard. If you are interested in real work - I am not talking about fishing - then give me a call.

Jim

**From:** James Galligan [mailto:galligan-james@earthlink.net]
**Sent:** Wednesday, October 12, 2005 3:03 PM
**To:** Ridge, James
**Subject:** RE: summer rentals

DEFENDANT'S EXHIBIT NO. 13 FOR IDENTIFICATION 5/31/07 DATE JmS RPTR.

Hi
How's it going-staying out of trouble I hope?
Tell Lauren the fish are still biting and getting hooked!
Thank you guys for the hat- it's on the boat
Regards- Jim

----- Original Message -----
**From:** Ridge, James
**To:** galligan-james@earthlink.net
**Sent:** 10/12/2005 12:00:34 PM
**Subject:** RE: summer rentals

Tony called - possibly he wanted me to a mentor

Jim,

I hope things are going well for you.

Just wanted to give you a heads up. We have been awarded the Providence School system facilities contract. And from what I hear they are looking for people. I don't know your current situation or even if

you are interested but I thought I would drop you a line.

Are the fish still biting? Lauren still talks about that day to her friends, especially since Ellen has the picture as her screen saver on the home computer. Thanks again for the great day of fishing

Jim

-----Original Message-----
**From:** James Galligan [mailto:galligan-james@earthlink.net]
**Sent:** Wednesday, July 06, 2005 12:10 PM
**To:** Ridge, James
**Subject:** RE: summer rentals

Jim-

9 Birch, Sand hill cove [by a stretch of imagination-
will have to get in car to do all-in a rental neighborhood-
4 minutes to wheeler beach by car
food 6-8 min by car

48 Follet- Breakwater Village, Point Judith-
Private community
About 3 houses from ocean-probably waterview- coudn't quite tell
Private beaches-don't know about life guards-waking distance
Wheeler State Beach[nice] about 8 driving minutes 12 to Scarborough State beach
Walkable senic area's-beaches outside the rental, Pt Judith light and all my normal fishing area's right there
Good area for kids walking in streets
various type foods and resturants 2-3 minute drive[4-corners on ocean/point judith rds]
Good Value-as advertised-outside of house looks OK

Jim

----- Original Message -----
**From:** Ridge, James
**To:** galligan-james@earthlink.net
**Cc:** eridge@charter.net
**Sent:** 7/5/2005 9:51:11 PM
**Subject:** RE: summer rentals

Jim,

We are looking at the Sand Hill Cove area. Specifically, 9 Birch ($1875/wk) and 48 Follet ($1600) for the weeks of August 6th and 13th. If you could take a swing by and let us know what you think it would be appreciated.

Thanks

Jim and Ellen

-----Original Message-----
**From:** James Galligan [mailto:galligan-james@earthlink.net]
**Sent:** Tuesday, July 05, 2005 9:06 AM
**To:** Ridge, James
**Subject:** FW: summer rentals

Jim only ones left for summer -Call Hilliary or Jeanne[owner] if interested



POOO60

# Exhibit H

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: [X] FEPA [ ] EEOC

CHARGE NUMBER: 05 EPD 119-35/50 16JA500060

R I Commission For Human Rights and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | | HOME TELEPHONE (Include Area Code) |
|---|---|---|
| Mr. James W. Galligan | | (401) 789-5000 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 60 Peaked Rock Road, Wakefield, RI 02879 | | 09/08/1950 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| ARAMARK Management Services | Cat D (501 +) | |
| STREET ADDRESS / CITY, STATE AND ZIP CODE | | COUNTY |
| 1101 Market Street, Philadelphia, PA 19107 | | 101 |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| | | |
| STREET ADDRESS / CITY, STATE AND ZIP CODE | | COUNTY |
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [X] AGE [X] DISABILITY [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST: 12/24/2003 LATEST: 09/01/2004
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

1. I was subjected to discriminatory terms and conditions of employment by my former employer, Aramark Management Services Limited Partnership. I was employed as a Senior Technical Services Manager.

2. Respondent offered no reason for the discriminatory treatment I was forced to endure.

3. I believe I have been discriminated against on the basis of my age (54) (date of birth September 8, 1950) and physical disability (liver failure) in that my employer refused to allow me back to work once I was released to work by my physician following a liver transplant. In or around January 2004, I underwent a liver transplant. I was placed on the respondent's long term disabiltiy plan. In or around August 2004, I contacted my employer and informed them that I had been cleared to return to work on September 1, 2004. My employer refused to allow me to return to work. Upon information and belief, the respondent has allowed other similarly situated co-workers not in my protected class to return to active employment after a leave. These actions are in violation of The Age Discrimination in Employment Act of 1967, as amended, the Americans with Disabilities Act and applicable state law.

R.I.C.H.R.
JAN 20 2005

R.I.C.H.R.
JAN 10 2005

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

X1-18-05 X James W. Galligan
Date Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT James W. Galligan

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) 1/18/2005

Linda M Stedman my comm. exp. 6/28/06

EEOC FORM 5 (Rev. 07/99)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES W. GALLIGAN,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED,<br><br>Defendant. | C.A. No. 06-290T |

I, Anne E. Martinez, depose and state as follows:

1. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendant ARAMARK Management Services Limited Partnership ("Defendant").

2. I submit this Affidavit in support of Defendant's Motion for Summary Judgment in the above-captioned matter.

3. Attached as Exhibit H, bates-labeled EEOC0008, in the Appendix is a true and correct copy of the Charge of Discrimination, which we received in response to a Freedom of Information Act request that we served upon the Equal Employment Opportunity Commission.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing information is true and correct, based upon my knowledge, information and belief.

DATED: November 7, 2007

ANNE E. MARTINEZ