**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JAMES W. GALLIGAN, Plaintiff, | : | |
| v. | : | Case No. 06-290T |
| ARAMARK MANAGEMENT SERVICES LIMITED, Defendant. | : | |

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Aramark's uncontested motion for summary judgment hereby is granted for reasons stated in Aramark's memorandum including the uncontroverted evidence presented by Aramark that:

1. In December 2004, when Mr. Galligan was terminated, after having received six months of disability leave (three months more than what is required under the FMLA) he was unable to perform the duties of his job.
2. In September 2005, when Mr. Galligan reapplied, he was not handicapped, his former position had been eliminated for legitimate business reasons and he failed to apply for re-employment despite being invited to do so.

For all of the foregoing reasons, Aramark's Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED.

Deputy Clerk

ENTER:

Senior Judge Ernest C. Torres
Date: 1/15/08