**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMES W. GALLIGAN,
Plaintiff

v. C.A. No. 06-290T

ARAMARK MANAGEMENT SERVICES
LIMITED,
Defendants

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters for the Defendant Aramark Management Services Limited and against Plaintiff James Galligan pursuant to this Court's Order granting Defendant's Motion for Summary Judgment, dated January 15th, 2008.

Enter:

Deputy Clerk

Dated: January 23, 2008